# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 12-3045-01/02-CR-S-RED |
| Plaintiff, | 21 U.S.C. § 841(a)(1) and (b)(1)(A) |
| | NLT 10 Years Imprisonment |
| v. | NMT $10,000,000 Fine |
| | NLT 5 Years Supervised Release |
| **CHARLES FREDERICK WHITE** | Class A Felony |
| [DOB: 04-20-1940] | |
| | $100 Special Assessment |
| and | |
| **ANTHONY LYNN BEARDEN** | |
| [DOB: 09-05-1982] | |
| Defendants. | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From in or about the month of January 2012 and continuing up to and including March 21, 2012, in Polk County, in the Western District of Missouri, the defendants, **CHARLES FREDERICK WHITE** and **ANTHONY LYNN BEARDEN**, aiding and abetting each other, knowingly and intentionally manufactured 1,000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

**A TRUE BILL.**

_/s/_____
Foreperson of the Grand Jury

_/s/ Timothy A. Garrison_____
TIMOTHY A. GARRISON
Assistant United States Attorney

DATED:  May 16, 2012