*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA         Date:    March 3, 2015

vs.         Case No. 12-3045-01-CR-S-BCW

CHARLES FREDERICK WHITE

Honorable James C. England, presiding at Springfield, Missouri

Nature of Hearing: Pretrial Conference

Time Commenced: 10:40 a.m.         Time Terminated: 10:45 a.m.

APPEARANCES

Plaintiff:    Tim Garrison, AUSA         Defendant:    Roger Jones, Retained

Proceedings: Parties appear as indicated, defendant in person. Jury trial is currently set on the March trial docket. Defense counsel moves for a continuance to the May, 2015 Joint Criminal Trial Docket. Government does not oppose the motion. Court will issue written order granting the continuance; previously entered scheduling order remains in full effect. Defense counsel requests permission to file motion for additional hearing. Court grants motion, defendant to file motion within 10 days; government may respond within 10 days. Defendant remains in custody.

ERO/Courtroom Deputy:    Kerry Schroeppel