IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cr-03045-BCW |
| ) | |
| CHARLES FREDRICK WHITE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #149) denying Defendant's Motion to Dismiss the Indictment (Doc. #131). Defendant filed Objections to the Report and Recommendation (Doc. #154). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Dismiss the Indictment.

IT IS SO ORDERED.


DATED: August 23, 2016         /s/ Brian C. Wimes
                               JUDGE BRIAN C. WIMES
                               UNITED STATES DISTRICT COURT