IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 12-03045-01-CR-S-BCW |
| **CHARLES FREDERICK WHITE**, | |
| Defendant. | |

## GOVERNMENT'S LIST OF WITNESSES

The United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of witnesses, by name and address, whom the undersigned attorney for the Government may call in the presentation of its case-in-chief, as follows:

1. Sergeant Daniel P. Banasik, Missouri State Highway Patrol, 3131 East Kearney Street, Springfield, Missouri 65803;

2. Park Ranger Tim Carpenter, Springfield Greene County Park Board, 1923 North Weller Avenue, Springfield, Missouri, 65803, formerly of the Combined Ozarks Multi-Jurisdictional Enforcement Team, Springfield, Missouri;

3. Officer Darrell Ferris, University of Texas Police Department, 2201 Robert Dedman Drive, Austin, Texas 78712, formerly of the Combined Ozarks Multi-Jurisdictional Enforcement Team, Springfield, Missouri;

4. Corrections Officer Suzanne Ford, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

5. Eric Gorman, Fair Play, Missouri, formerly of the Polk County Sheriff's Office, Bolivar, Missouri;

6. Officer Justin Hoover, Bolivar, Missouri, Police Department, 345 South Main Avenue, Bolivar, Missouri 65613, formerly of the Polk County Sheriff's Office, Bolivar, Missouri;

7. Corrections Officer Mike Kootz, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

8. Criminalist Matthew J. Lepper, Missouri State Highway Patrol, 425 East Phelps Street, Springfield, Missouri 65806;

9. Detective Ken Minica, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

10. Detective Rod Parks, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

11. Detective Jarle Randall, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

12. Dusty Ross, Bolivar, Missouri, formerly of the Polk County Sheriff's Office, Bolivar, Missouri;

13. Detective Billy Simpson, Polk County Sheriff's Office, 113 East Jefferson Street, Bolivar, Missouri 65613;

14. Deputy Greg Tiller, Greene County Sheriff's Office, 1010 North Boonville Avenue, Springfield, Missouri, 65802, formerly of the Combined Ozarks Multi-Jurisdictional Enforcement Team;

15. Jeff Ussery, Silver Dollar City Security, 399 Silver Dollar City Parkway, Branson, Missouri 65616 Branson, Missouri, formerly of the Combined Ozarks Multi-Jurisdictional Enforcement Team, Springfield, Missouri;

16. Michael Wells, Battlefield, Missouri, formerly of the Combined Ozarks Multi-Jurisdictional Enforcement Team, Springfield, Missouri; and

17. Custodian of Records, Southwest Electric Cooperative, 1023 South Springfield Avenue, Bolivar, Missouri 65613.

>Respectfully submitted,
>
>Tammy Dickinson
>United States Attorney
>
>By  */s/ Timothy A. Garrison*
>TIMOTHY A. GARRISON, Mo. Bar #51033
>Assistant United States Attorney
>901 St. Louis Street, Suite 500
>Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 31, 2017 to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

>*/s/ Timothy A. Garrison*
>TIMOTHY A. GARRISON
>Assistant United States Attorney