IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 12-03045-01-CR-S-BCW |
| CHARLES FREDERICK WHITE, | |
| Defendant. | |

GOVERNMENT'S LIST OF TRIAL EXHIBITS

The United States of America, by and through Tammy Dickinson, the United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of exhibits the Government may offer in evidence in the presentation of its case-in-chief, and requests leave to amend this list as needed, as follows:

1. Marijuana plants and leaves seized at or near 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri, on or about March 21, 2012, by deputies or officers of the Polk County Sheriff's Office or the Combined Ozarks Multi-Jurisdictional Team;

2. Photographs taken at or near 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri, on March 21, 2012, by deputies or officers of the Polk County Sheriff's Office or the Combined Ozarks Multi-Jurisdictional Team;

3. Light ballasts, pots, drums, fans, hoses, tubing, incubators, trays, timers, switches, and other electrical and plant-growing equipment seized at or near 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri, on or about

March 21, 2012, by deputies or officers of the Polk County Sheriff's Office or the Combined Ozarks Multi-Jurisdictional Team;

4. Paperwork and documents seized at or near 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri, on or about March 21, 2012, by deputies or officers of the Polk County Sheriff's Office or the Combined Ozarks Multi-Jurisdictional Team from;

5. Copies of search warrants obtained for 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri, on March 21, 2012, from the Circuit Court of Polk County, Missouri;

6. Maps, diagrams, and satellite imagery of the structures located at 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri;

7. Real estate documents related to 1430 310th Road, Pittsburg, Polk County, Missouri, and HC 79 Box 3140, Pittsburg, Polk County, Missouri;

8. Utility statements for White House Industry dating from January 2009 to February 2012 from Southwest Electric Cooperative;

9. Reports of laboratory analyses conducted by criminalists with the Missouri State Highway Patrol Crime Lab; and

10. Certified copies of White's prior convictions for drug-related offenses.

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

    By   */s/ Timothy A. Garrison*
        TIMOTHY GARRISON, MISSOURI BAR #51033
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 31, 2017 to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                         */s/ Timothy A. Garrison*
                                         TIMOTHY GARRISON, MISSOURI BAR #51033
                                         Assistant United States Attorney