UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 EAST 9TH STREET, ROOM 6672
KANSAS CITY, MISSOURI 64106

SARAH W. HAYS  (816)512-5775
MAGISTRATE JUDGE  FAX (816)512-5788

February 3, 2017

Hon. David Gregory Kays
Chief District Judge
United States District Court
8652 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: February 13, 2017, Joint Criminal Jury Trial Docket

Dear Chief Judge Kays:

Judges Maughmer, Larsen, Whitworth, Rush, England and I have completed pretrial conferences for those cases presently scheduled for the February 13, 2017, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend that these cases be scheduled and assigned for trial.

### SPECIAL SETTING OF FEBRUARY 6, 2017

KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 15-00228-CR-W-BP | Young Isinwa (01) BOND  Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | Phillips | 3 Days 2/6 (Mon) |

## WEEK OF FEBRUARY 13, 2017

### KANSAS CITY

No cases

### SPRINGFIELD

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 12-03045-CR-S-BCW | Charles Frederick White (01) CUSTODY | Harpool | 3 Days 2/13 (Mon) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

### JEFFERSON CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 16-04013-CR-C-BCW | Jayme Nathaniel Walker (01) CUSTODY | Wimes | 3 Days 2/13 (Mon) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

## WEEK OF FEBRUARY 21, 2017

### KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 16-00067-CR-W-BCW | Gary Bryan Penrod (01) BOND | Wimes | 5 Days 2/21 (Tues) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

### SPRINGFIELD and JEFFERSON CITY

No cases

If you have any questions, please contact me at your convenience.

Very truly yours,

  /s/ *Sarah W. Hays*
Sarah W. Hays
Chief U.S. Magistrate Judge

cc via e-mail:

| | | |
|---|---|---|
| Honorable Gary A. Fenner | Honorable John T. Maughmer | Ms. Kimberly Johnson |
| Honorable Beth Phillips | Honorable Robert E. Larsen | Ms. Jane Behrens |
| Honorable Brian Wimes | Honorable David P. Rush | Ms. Shayla Brensdal |
| Honorable M. Douglas Harpool | Honorable Matt Whitworth | Ms. Laura Bax |
| Honorable Stephen R. Bough | Ms. Paige Wymore-Wynn | Mr. Gene Porter |
| Honorable Roseann A. Ketchmark | Mr. Randall Henderson | Pretrial Services |
| Honorable Nanette K. Laughrey | Ms. Robin Jones | Probation |
| Honorable Howard F. Sachs | Ms. Elvia Farley | United States Marshal |
| Honorable Ortrie D. Smith | Ms. Kelsee Pierce | Judicial Assistants |
| Honorable Dean Whipple | Ms. Karyn Williams | Courtroom Deputies |
| Honorable Fernando J. Gaitan, Jr. | Ms. Carrie James | Ms. Kathy Calvert |