IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 12-03045-01-CR-S-BCW |
| | ) |
| **Charles Frederick White,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S LIST OF TRIAL EXHIBITS

**COMES NOW,** Defendant Charles Frederick White, by his attorney of record, Jason Coatney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of exhibits the Defendant may offer in evidence in the presentation of its case-in-chief, and requests leave to amend this list as needed, as follows;

1. Photos by COMET
   a. Photo of Bearden residence.
   b. Photo of Bearden residence.
   c. Photo of Bearden residence.
   d. Photo of Bearden residence.
   e. Photo of Bearden residence.
2. Photos by COMET
   f. Photo of White residence.

1

g. Photo of White residence.

h. Photo of White residence.

i. Photo of White residence.

j. Photo of White residence.

        Respectfully submitted,

**THE LAW OFFICE OF JASON COATNEY, LLC**

        /s/ Jason Coatney
Jason Coatney, #49565
939 N. Boonville Ave., Suite C
Springfield, MO 65802
Phone  (417) 831-4200
Fax     (417) 864-9909
jasoncoatney@coatneylaw.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was delivered on February 3, 2017 to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        /s/ Jason Coatney