IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Case No. 12-03045-01-CR-S-BCW |
| | ) | |
| **Charles Frederick White,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S LIST OF WITNESSES

**COMES NOW,** Defendant Charles Frederick White, by his attorney of record, Jason Coatney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of witnesses, by name and address, whom the undersigned attorney for the Defendant may call in the presentation of its case-in-chiefs, as follows:

1. All Government witnesses.

Respectfully submitted,

**THE LAW OFFICE OF JASON COATNEY, LLC**

    /s/ Jason Coatney
Jason Coatney, #49565
939 N. Boonville Ave., Suite C
Springfield, MO 65802
Phone (417) 831-4200
Fax (417) 864-9909
jasoncoatney@coatneylaw.com
ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on February 3, 2017 to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                              /s/ Jason Coatney