IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| United States of America, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| V. | ) | Case No. 6:12-cr-03045-MDH |
|  | ) |  |
| Charles Frederick White, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MOTION TO EXTEND TIME TO FILE RESPONSE TO PRESENTENCE INVESTIGATION REPORT

**COMES NOW,** Defendant Charles Frederick White, by his attorney of record, Jason Coatney, moves this Honorable Court for an order extending the time in which to file a response to the Presentence Investigation Report. In support of such Motion, counsel states as follows:

1. Counsel needs additional time to communicate with Defendant regarding the Presentence Investigation Report.

3. The undersigned counsel respectfully requests an extension to file a response to the Presentence Investigation Report or until May 12, 2017.

**WHEREFORE,** Defendant respectfully requests an order of the Court extending the time in which to file a response to the Presentence Investigation Report and for such further relief as the Court deems just and proper under the premises.

1

Respectfully submitted,

By: /s/ Jason Coatney
Jason Coatney
Missouri Bar No. 49565
939 Boonville, Suite C
Springfield, Missouri 65802
Tel: (417) 831-4200
Fax: (417) 864-9909
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on this 10th day of May, 2017 for distribution to interested parties and attorneys of record.

By: /s/ Jason Coatney
Jason Coatney