MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: September 20, 2017

vs.  Case No.   12-3045-01-CR-S-MDH

**CHARLES WHITE**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 9:36 a.m.**  **Time Terminated: 10:17 a.m.**

APPEARANCES

**Plaintiff: Patrick Carney, AUSA**  **Defendant:   Jason Coatney**

**Proceedings:**   Parties appear as indicated, dft in person. Dft's objections to the PSI are overruled.   Dft accorded allocution.   SENTENCE:   Dft is committed to the BOP for 120 months on Count 1 of the Superseding Indictment; followed by 5 years supervised release. No fine.   $100 MPA.   Special conditions of supervised release imposed. Court recommends dft be designated to the U.S. Medical Center in Springfield, MO or to an institution in Colorado.   Dft advised of right to appeal.   Upon oral mtn by Gov't Counts 1 and 2s are dismissed.   Gov't withdraws forfeiture allegation.   Dft remanded into custody.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:   Jeannine Rankin**
**USPPTS:   Karla Duryea**