# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## NOTICE OF APPEAL

United States of America  
**Plaintiff**  
vs.  
Charles White  
**Defendant**

12-3045-01-CR-S-MDH  
**Case Number**

Honorable Douglas Harpool  
**District Court Judge**

Notice is hereby given that Charles White appeals to the United States Court of Appeals for the Eighth Circuit From the:

☒ Judgment & Commitment  
☐ Order _____ (specify) entered in this action on 09-20-2017.  
                                                                    Date

_____  
Signature of Defendant's Counsel

Jason Coatney/Don Cooley  
Typed Name of Counsel

939 Boonville, Ste C/1650 E Battlefield, Ste 120  
Street Address

Springfield, MO 65802/Springfield, MO 65804  
City, State Zip

(417) 831-4200/(417) 831-3139  
Telephone Number

jasoncoatney@coatneylaw.com  
Email Address

09-26-17  
Dated

_____  
Social Security Number (for all CJA compensation)

## TRANSCRIPT ORDER FORM

To be completed by attorney for appellant

☒ Please prepare transcript of:
  ☐ Pretrial proceedings
  ☐ Testimony or
  ☐ Portions thereof
  ☒ Sentencing
  ☐ Post-trial proceedings
  ☒ Other  plea

☐ No transcript ordered:  
  Reason: _____  
☐ Previously filed  
☐ Other _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment:  ☒ Funds  
☐ CJA Form 24, completed and attached

Attorney's signature _____  Date  09-26-17

(See Reverse)

Updated September 2016

# INFORMATION SHEET

## To be Completed by Attorney for Appellant

1. Defendant's Address: c/o Greene County Jail, 1000 N. Boonville, Springfield, MO 65802

2. Date of Verdict: 09-20-2017    ☐ Jury ☒ Non-jury

   Offenses: Conspiracy to Distribute Controlled Substand (1s)

   Trial Testimony – Number of Days 0    Bail Status: _____

3. Sentence and Date Imposed: BOP for 120 months followed by 5 years supervised release

4. Date Trial Transcripts Ordered by Counsel or District Court: 09-26-17

   Stenographer in Charge (Name, Address, and Telephone Number): Jeannine Rankin, (417) 225-7713

5. Trial Counsel was ☐ appointed ☒ retained

   Does Defendant's financial Status warrant appointment of counsel on appeal? No

   Affidavit of financial status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   No

6. Assistant United States Attorney name and telephone number: Timothy Garrison (417) 831-4406

---

## COURT REPORTER ACKNOWLEDGMENT

| Date Order Received | Estimated Completion Date | Estimated No. of Pages |
|---|---|---|
|  |  |  |

| Court Reporter's Signature | | Date |
|---|---|---|
|  |  |  |

:ntcappl.int